No. 510. The Compania de Navegacion, Interior, S. A., *v.* Fireman's Fund Insurance Company;

No. 511. Same *v.* Globe & Rutgers Fire Insurance Company;

No. 512. Same *v.* Northwestern Fire & Marine Insurance Company;

No. 513. Same *v.* Hartford Fire Insurance Company;

No. 514. Same *v.* National Liberty Insurance Company;

No. 515. Same *v.* Aetna Insurance Company;

No. 516. Same *v.* Western Assurance Company;

No. 517. Same *v.* Liverpool & London & Globe Insurance Company, Ltd.;

No. 518. Same *v.* Springfield Fire & Marine Insurance Company;

No. 519. Same *v.* Franklin Fire Insurance Company; and

No. 520. Same *v.* Phoenix Insurance Company. November 21, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. John D. Grace* for petitioner. *Messrs. T. Catesby Jones, Henry P. Dart, Jr.* and *Robert H. Keeley* for respondents.

---

No. 534. Karl Buzynski *v.* Luckenbach Steamship Co., Inc., et al. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. James W. Wayman* for petitioner. No appearance for respondents.